UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND C WATKINS,

    Plaintiff,

v.

STATE OF CALIFORNIA,

    Defendant.

Case No. 18-cv-07496-HSG

**ORDER VACATING HEARING**

The hearing noticed for September 12, 2019 at 2:00 p.m. on Defendant's motion to dismiss is hereby VACATED. In light of Plaintiff's *pro se* and incarcerated status, no hearings will be held in this case unless specifically ordered by the Court.

**IT IS SO ORDERED.**

Dated: 5/7/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge