UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND C WATKINS,<br>        Plaintiff,<br>    v.<br>STATE OF CALIFORNIA,<br>        Defendant. | Case No. 18-cv-07496-HSG<br><br>**JUDGMENT** |

    For the reasons set forth in the Court's Order Granting Defendant's Motion to Dismiss, this action is DISMISSED for lack of subject matter jurisdiction. The Clerk shall enter judgment in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/27/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge